PG 1 OF 2

# Civil Rights Violations:

Inmate has been denied proper medical treatment while in jail.

3:10-cv-627-J-99MMH-JBT

Inmate has serious physical problems that is not being addressed.

A. Eye Degeneration = (Going Blind.)

B. Heart Problems = (Bad Heart.)

C. Gout and Arithiritis in Feet and Ankles.

D. Spine, Lower Back Pain.

E. Symptons of Alhziemers. Short Memory Lost.

F. High Blood Pressure.

Theodore M. Freeman

2010 JUL 21 PM 1:03
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA
FILED

Tricia Rado, and the Public Defender's office, need's to be investigated for civil and constitutional rights, violations.

Please grant the defendant a judge to oversee and watch the case very closely.

Signed Theodore M. Freeman

Date JULY 19, -10